Adamczyk            S.D. Federal Court of Illinois

United States District Court
Southern District of Illinois                    22-863-SMY

Lawrence Adamczyk (Class Action)    Civil Action
          Plaintiff                    NO.
vs.                                  Complaint
- Illinois Department of Correction IDOC
- Rob Jefferies  Director of IDOC
- Richard morgenthaler  Warden of BMRCC
- Administrators and staff at IDOC Headquarters
  Resposible for Policy and Decision making of WARDS
  of the State of Illinois
- Administrators and all staff at BMRCC
- Staff working under School District 428 at BMRCC
  And their Administrator in Springfield
- Wexford Health Sources Inc.
- All Wexford staff at BMRCC
  All Named in Both individually and Official Capacity
          Defendants

          I Jurisdiction and Venue
1. This is a civil action Authorized under 18 § 1595
   to redress violations for Slavery / Involuntary Servitude
   of from any of the common tort claims of 18 § 1584,
   18 § 1589, 18 § 1590 (a)(b), 18 § 1592 (a)(c), 18 § 1593 (A)
   or / and 18 § 241, And Trafficking Victims Protection Act § 7101
   TVPA 22 § 7101 et seq., 18 § 1581 peonage, 18 § 1951 Racketeering.
          Page 1 of

Adamczyk      S.D Federal Court of Ill.

## I Jurisdiction And Venue

2.) Part of this civil Action Authorised under 42 § 2000(c)
42 § 2000(d), 42 § 2000 a - 6, 42 § 2000(e),
42 § 2000, 42 § 2000 d - 7 And executive Orders
No 13160 that expanded coverage to Disability and
more to redress equal Access to the Commissary for
A Non Involuntary Servitude committed persons,
Access to public education, And rights of
employment Discrimination under 48 § 2000d, 29 § 701,
29 § 201, 42 § 12111, 42 § 12112 Discrimination, 42 § 12131
42 § 1983, 42 § 1994, 42 § 12312, 42 § 1985(2)(3)

3. This Court has Jurisdiction under 28 U.S.C Section
1331 And 1343 (a)(3). Plaintiffs seeks Declaratory
Relief pursuant to 28 U.S.C. Section 2201 And 2202.
Plaintiff(s) Claims for injunctive relief Are
Authorized by 28 U.S.C. 2283 And 2284 And
Rule 65 of the Federal Rules of Civil Procedure.

4. The Southern District of Illinois is An Appropriate
Venue under 28 U.S.C. Section 1391(b)(2) because
it is where the events giving rise to this
claim occurred. Furthermore, the Complaint holds
"Class Action Allegations"

## II Plaintiffs

5. Plaintiff Laurence Adamczyk And Class of Plaintiffs were
At All times herein A Ward of State in the Guardinship
State

Page 2 of

Adamczyk    S.D. Federal court of ILL.

## II Plaintiffs (continued)

6.  of IDOC. Plaintiffs in confinement at Big
Muddy River Correction Center BMRCC

## III Defendants

7.  IDOC is the State Agency Given current Guardianship
Per section 9 of the Sexually Dangerous Person Act,
SDPA, 725 ILCS 205, but allows transferring to Any
State Agency As A WofS.

8.  Wexford Health Sorce Inc. is the medical
contracted private corporation responsible for
it employees At BMRCC Actions thru policies of theirs
And Respondent Superior. And with IDOC policies

9.  Rob Jefferies Director of IDOC. He is legally
responsible for making policies, seeing they get
implemented And having A facility set Aside ~~at BMRCC~~
for the WARDS of the State in his Guardianship.

10.  Richard Margesthaler WARDEN At BMRCC, He is
legally responsible for the operation At BMRCC
And the WARDS of the State, WofS, Are ~~not~~ make sure
WARDS    Treated like Involuntary Servitude convicts thru
Are not
Discretionary policies of IDOC. AS "Head"
Guardian on site that UTMOST CARE And

Page 3 of

Adamczyk        S.D. Fed. Court of Ill.

### III Defendants continued

UTMOST Treatment is given the W of S. He
is reponsible for set Asile facilities by direct policy action

11. Other Administrators And All other Staff [At BMRCC] have
A part in carrying out proper care, treatment,
safe keeping of W of S in their Duties to
make sure they Are NOT subjected to Any
Involuntary Servitude threatening, schene designed
policies in USe At BMRCC for the convicted.
They All have A fiduciary Statutory Duty to
Act on behalf of the W of S by reporting Any
Neglect Acts of Staff towards A WARD of
the State to the Administrative Court, And
other State Agencies, like police.

12. Administrative And Staff [At IDOC] Also own A
duty in fullfilling their Job Duties to BMRCC
to the W of S their by statutory fiduciary
owning the Utmost canare in makeinl to
the Public And All other Staff and creating policies for W.S

13. Wexford Staff All employed working At BMRCC
own A Higher standard to W of S At BMRCC
to their medical Health care needs because of
the imprisonment of the Plaintiffs And W of S who Are

                    page 4 of

& Adamczyk        S.D. Fed. Court of ILL.

Insert Page

III Defendants (continued)

13 (A) Wexford Health Care Sares Inc.
AS Respondet Superior And / or Policy maker
to their Staff AND A Corporation AS an Entity
itself Need to Reaquire the Big Difference
of an institutionalized convict And W of S
At Barrel By Policy Directive. The SORA Law
As well As Federal Laws Require Affirmative
Duties Placed on Healthcare Corporations that
evil suffering And Pain of Institutionalized
persons who Are Not Involuntary Servitude
Chattel reduce rights persons.

Page 5 of

Adamczyk        S.D. Fed. Court of ILL.

## III Defendants (continued)

13. mental illness or developmental Disability needs,
cont. As Court Adjudicated need, Knowing they
Are Not sentenced meaning Involuntary Servitude
Chattel assault level of medical care is NOT
Allowed. As medical staff they have the
utmost charge to relieve the pain and suffering
As Quickly As possible for a W of S. Individually
and by policy should report neglect to proper
care that can lead to Health issues. Like lacking of
clothing and proper shelter.

14. The School staff at BMRCC and person
in Charge At Springfield for IDOC "school
District 428" Have a Statutory Fiduciary
Duty to the Plaintiff and All WARDS of the State
At BMRCC to getting a public education
to the Highest level they desire, can Achieve.
For some WARDS this would entail Special
educational Classes to graduate school of
elementary or secondary; is there getting them into
finically and program vote Past-secondary Public
Higher institutions in Illinois. This also includes
Access to the Law Library / Library. The Statute
mandates A Facility set Aside for the Adj-icated
mental Handicapped. That include word processors
for their use Among other things. Also Pens Not seg Pens

page 6 of

Adamczyk        S.D. Fed. Court of ILL.

## III Defendants (continued)

15. Each defendant is sued individually And in their Official. At All times in this Complaint each defendant is presumed to Know the laws. And while some claims Are based off constitutional law violations that may be ~~so~~ seen As Acting under the color of the law. The proper different legal theory is ~~p~~ Acted by Abusing the law Applies to All Defendants. to the torts of 18§ criminal violations especially.

16. The Jurisdictional civil Actions And Defendants Abuse of the law(s) is by Virtue of the 13th Amendment incorporation of the 1st Amendment And 9th Amendment to liberty And rights of each, OR Also virtue of the 1st Amendment And 9th Amendment. This sentence may be better placed in the Fact section or legal claims

## IV Facts (A) To All claims

17. IDOC'' BMRCC facility design by Building Living spaces (Physic And Policies of IDOC'S Defined "Facilities" Are Done To hold its convicted felons of the State Courts to Involuntary Servitude As punishment After A Duly criminal ~~conviction~~ conviction Allowed by the 13th Amendment. Almost All basic rights, human rights, civil rights, certain rights Are either denied or displayed

Page 7 of

Adamczyk          S.D. Fed. Court of Ill.

IV FACTS (A) To All claims (continued)
by Arbitrary policies And arbitrary discretional
use of them to chattel A convicted person into A "State"
For W of S this is illegal

18. WARDS of the State, Laurence Adamczyk, the plaintiffs
Are NOT criminally convicted, but instead
Under the doctrine of Parens Patriae, civilly
committed NOT AS sentenced criminal felons
but Statutory fiduciary WARDS of the State At BMRCC.

19. WARDS of the State under the SDPA All have
been Adjudicated by the Administrating Circuit
Court to have An mental illness And/or
mental developmental disability

20. Section 8 of SDPA puts The WARD of the States
"into IDOC" guardianship Noting the facility must
~~Must~~ be (Set Aside) for the proper SAfe keeping,
And to effect recovery the proper SAfe Along
with the proper treatment must be given to An Utmost.

21. While the SDPA is In Valid And Unconstitutional,
this lawsuit is Abouts the Defendants wrongs,
injuries, pain And suffering Against Mentally ill
And or Developmentally Disability W of S At BMRCC.
                    page 8 of

Adamczyk                S.D. Federal Court of Ill.

## IV   Facts (A) to All Claims (Continued)

22.  There Are over 1,400 criminally convicted
     held for Slavery / Involuntary Servitude punishment
     At BMRCC

23.  There Are Around 158 w of S, Known As SOP's
     by word of mouth, At BMRCC, who Are civilly placed

24.  Both Numbers change for convicts they
     have athletes, transfers, Natural Deaths or
     Slave enhanced Death of IDOC. The w of S
     have An occassional release by Courts, Natural
     Deaths And The illegal Involuntary Scheme (Policies)
     that lead to Unneccessary deaths. At BMRCC
     One choke to death on Bread while Wexford and Each
     Staff were present.

25.  These deaths occurred because of the involuntary
     Servitude policies of celling As opposed to "roaming"
     And choking to death because of slave like
     rules to bringing dietary food back to your cell
     Both Wexford, IDOC, And Staff At Big Muddy
     each contributed to the Deaths of Billy Y.
     Mark Turner, And Thomas Hacker

Adamczyk        S.D. Fed. Court of ILL.

IV Facts (A) to All chims (Continued)

26. While Around 1400 convicts exist And 158 W of S exist at BMRCC, All Are forced to live in a Involuntary Servitude Cell designed for Long term punishment. Having less than 24 square feet of movement space (walking type) And toilets with no Lids less than 2 feet from punitive designed Beds.

27. Both the W of S and convicted person get the "Bare minimum clothing Allowed by a mature society at this time" NO T-shirts, No Rain proof clothing, NO gym shoes to Play recreation in, NO winter coats, ONLY 3 boxer shorts for a Year, ONLY 2 pairs of socks for a year, NO Sun shading hat, NO winter Gloves, No sweats top or bottom, NO Gym shorts, NO winter hat Some of this things Are Allowed to be purphased off the monoply Prison Commissary, But NO winter coats, gloves, shoes Are even sold Nor Any Rain Appropiate Clothing for the whether.

28. The next set of facts will be used About Convicted felons at BMRCC, the W of S at BMRCC, other types of detainees And facts About Involuntary Servitude

page 10 of

Adamczyk    S. D. Fed. Court of Ill.

## IV    Facts (continued)

He allowed currently legal by way of the 13th
Amendment And TVPA Trafficking Victim Protection
Act of 2000 that has Statutory Congressional
facts made toward Involuntary Servitude.
I will Quote from TVPA § 7101 et. seq. to
draw Cf to convicts in Involuntary, W of S
Who Are Not Suppose to be in it. And the
Security Arbitrary reasons used for even Pre-trial
Criminal Detainees. This is done to compare +
contrast (Cf) the facts. Quotes from TVPA may
to Cf put in gaps to the Whole Quote And
Replace with [ W of S] in parts of it.
to show the factual truth of what is occuring

29. State pay for W Assigned And Job Assignment for Cerw
~~A.II.Assec~~ And W of S Are the SAME Involuntary
~~Labor service paid~~. servitude pay ranging from
$13 a month to $35 a month At BMRCC

30. But currently W of S get discriminated for
higher paying Job Assignments Arbitrary based on
their mental illness And or developmental disability
And mental Disorder Status

31. BMRCC receives Federal money some grant And
State money of over $34,000 A year to proper

page 11 of

Adamczyk    S.D. Fed. Court of Ill.

IV   Facts (continued)

care and rehabilitive treatment and to
safely keep

32.) The Job Assignments are essential to BMRCC
running. They include law library clerks, dietary,
Janitors, maintence of building and outside areas,
Live-in Aids, Garbage collection to name some.
All these g. Jobs should be offered to willing
and able w of S no employment not as No
other ot then or as only hiring paying
Involuntary Servitudes state pay of a convict.

33. TVPA § 7102 Definitions (11)(B) Seve Severe
forms of Trafficking in Persons, the recitment,
harboring, transportation, provision, or obtaining
of a person for labor or SERViCES, through
... for the purpose ot subjection to involentary
servitude, peonage, debt bondage or slavery.

34. To Above bottle under convicts at BMRCC
get this okay condition because of the 13th
Amendment allowing it as Punishment of a person
To be chatteled as human property service of
getting Federal and State money while paying out
State pay as an Slave (f. w of S this is

page 12 of

Adamczyk   S.D. Fed. Court of Ill.

## IV Facts (continued)

illegal, Abuse of the Law, False imprisonment
[ not legal detention ] because it is done
As A Involuntary Servitude chattel person of being
diminished to only property status, including
State pay NOT As An employee.

35. Statutory fact to support Above fact for
W of S NOT convicted person At BMRCC
TVPA § 7101 (b) Findings (10) notes "Trafficking
Also involves violations of other laws including
labor ... And laws Against ... slavery,
false imprisonment ... And extortion."

36. Statutory fact About the Facility commissary
at BMRCC towards W of S support the
extortion laws (tort) being broke And
TVPA § 7101 (b) Findings (12) "Trafficking
in Persons Substantially Affects interstat
And foreign commerce. Trafficking for such
Purposes As involuntary Servitude, peonage,
And other forms of forced labor has An
impact on the Nation-wide employment
network And labor market. Within the
context of slavery, servitude, And labor
or Services which Are obtained or maintained
through coercive conduct that Amounts to A

page 13 of

Adamczyk        S.D. Fed. court of ILL.

IV Facts (continued)

Condition of servitude victims Are subjected
to A range of Violations..."

32. Again for Cf IDOC" BMRCC contains criminally
convicted chattel human being property
Allowed to be subjected to Slavery/Involuntary
Servitude As punishment And W of S who
Are NOT suppose to be part of that Group
IDOC" And BMRCC polices support TVPA
§7101 findings (b) (12) above As does
the below facts towards WofS being Victims
As Does John Howard report (All exhibits.)

38. ILCS, Illinois Criminal Law And Procedure,
730 ILCS 5/3-7-2a is Corrections (meaning)
IDOC Article 7 facilities Commissaries is
5/3-7-2a Allows convicts And WofS illegally
to be extorted to pay for hygiene And extra
food, medical medicine needs, And mental
Health things And clothing. For example
toothbrushes, toothpaste (quality), dental Floss,
socks, underwere, ~~De~~ T-Shirts, gym shorts
sweat tops And Bottons, the soap policies have
changed, shower shoes, Extra Nurtitional food
because IDOC BMRCC does not Allow AN
inmate to openly bring food BACK from dietary

page 14 of

Adamczyk      S.D. Fed. Court of Ill.

## IV Facts (continued)

unless Arbitrary discretion of staff by giving them A tray. No form of Tupperware is sold to save food for proper consumption later for health reasons. (more facts later)

40. Under 730 ILCS 5/3-8 Adult Institutional Procedures Used for both the charted human property convicts And WofS at BMRCC   5/3-8-3 Program Assignments (a) Work, education and other program Assignments shall be made in so far As practicable in Accordance with the Social evaluation.
(b) The Director shall establish procedures for making and reviewing program Assignments.

41. Cf for WofS And convicts at IDOC BMRCC They Are treated the Same to these terms, but (should not be;) 730 ILCS 5/3-1 Definitions 5/3-1-1 "meanings of words And Phrases" ... have the meanings designated in this Article except when a particular context clearly Requires A different meaning. 5/3-1-2 Definitions (c) ... however A committed person shall NOT be considered to be An Employee of the DofC for Any

page 15 of

Adamczyk        S.D. Fed. Court of Ill.

## IV Facts

Purpose, including eligibility for a pension, benefits, or any OTHER COMPENSATION or Rights or privileges which may be provided to employees of the Department. This (c) is the defining of Slave/Involuntary Servitude to State Pay for IDOC's BMRCC "committed" persons both civil w of S & Illegally close And criminal. SDPA mandates A different meaning for employee

42. Cf to contrast facilities for the Adjudicated under Mental Health and Developmental Disabilities 405 ILCS 5/1-129 defines Mentally Illness ... "means A Mental or emotional disorder ... OR Abnormally manifested only by repeated criminal or otherwise Antisocial conduct." 405 ILCS 5/2-100 Article I Rights (a) "NO Recipient of Services shall be deprived of any rights, benefits, or privileges GUARANteed by LAW, the Constitution ... 405 ILCS 5/2-106 Labor sections state are wage and employment Acts Apply And Fair minimum wage Must Apply to the mentally ill or mentally Developmental disability.

43. Cf the last 10-12 stated facts. The 13th Amendment Allows Slavery/Involuntary Servitude AS

Adamczyk    S.D. Fed. Court of Ill.

## IV Facts

43.
cont.
Punishment After Only A Duly conviction
TVPA findings. Note All the Harm caused
by Involuntary Servitude to the Person
And to the welfare of the Public see fact 36
About TVPA. AND NOTE The Purpose Stated
in the 2000 year law was past of TVPA
§ 7101 (a) purpose ... Are to combat trafficking
in persons, A contemporary manifestation of
Slavery. UNDER Congressional Finding in 2006
(4) "Trafficking in persons Also occurs within
the borders of a County, including the
United States." [ w of S at BMRCC ] should
be Added to this As to the Finding Section
of 2003 (1) Trafficking in Persons continues
to victimize [ mentally ill w of S at BMRCC]
Countless men ... in the United States ... "
UNDER Findings (b) of 2000 (4) Traffickers
Primarly target [ W of S at Bmrcc mentally ill [
who Are Disproportionally Affected by
Proverty, lack of Access to education,
chronic unemployment, discrimination, And
lack of economic Opportunities in Countries
of origin . " ...    (5) goes on to state what
FDOC policies mostly do All the time.
"Traffickers often transport Victims [ w of S ]
                    page 17 of

Adamczyk          S.D. Federal Court of Ill.

## IV  Facts

42 cont. | from their home communities to unfamiliar destinations ... Away from Family And Friends ... And other sources of protection and (support) leaving the victims defenseless And vulnerable."

43. | TVPA for WofS at BMRCC finding (7) Traffickers often make representation to their victims that physical harm may occur to them ... should they attempt to escape ..." IDOC policy and BMRCC is to shoot the person Challel convict or WofS who is A Non-criminal Under the SDPA. BMRCC does nothing to physically identify one group from the other.

These next set of facts futher explain the Statutory difference between the WARDS of the State at BMRCC And the CONVicts.

44. | Section 8 of the SDPA is clear on A SET ASIDE FACILITY done with the UTMOST relationship of Guardianship - WARD (see Attachment exhibit) Cf with the Criminal Code to Corrections

page 18 of

Adamczyk    S.D. Federal Court of Ill.

## IV Facts

45. Cf "Imprisonment" 730 ILCS 5/5-1-10 means "incarceration in a correctional Institution under a sentence of imprisonment."

46. Convicted persons in custody are "sentence" 5/5-1-19 is "the disposition imposed by the Court on a Convicted defendant."

47. 730 ILCS 5/5-1-5 "conviction" means "A Judgment of conviction or sentence entered upon a plea of Guilty or upon a verdict or finding of guilty of an Offense ..."

48. 730 ILCS 5/5-1-15 is "offense" means conduct for which a sentence to a term of imprisonment ... is provided by law of this state ..."

50. So as to the 13th Amendment Illinois defines how it positive Correction Department And set-up for there to be chattel Involuntary Servitude for incarceration to facilities And policies of Imprisonment. The convicted persons in peccustody. And both 730 ILCS 5/5-1-1 meanings of words and phrases And 730 ILCS 5/3-1-1 meaning of words And Phrases have

page 19 of

Adamczyk    S.D. Fed. Court of Ill.

## IV Facts

50. Cont. the exact same definition which notes when the context of applying them MUSt be different

51. The Wards of the State is exactly one of those requiring a different meaning to then then regular Involuntary Servitude committed person. Section 8 of the SDPA MANDATES it.

52. The terms employee, employment have the traditional meaning that should apply for the W of S. They are not sentenced because of a conviction, a finding of guilt of an offense in a court, after a trial for that matter. Cf as while 735 ILCS 5/3-1-2 (c) lack of employee status for a convict a ward of state does not lose the employee true meaning.

53. 730 ILCS 5/3-2-3 (b) speaks to the Director of IDoc Duty to establish Divisions within the Department ... by laws of this State. The SDPA explicitly requires a Division like the Women's Division or Juvenile Division. The WORDS Guardian—WARD An SET ASIDE facility carry that meaning.

Page 20 of

Adamczyk    S.D. Fed. Court of Ill.

IV  Facts

54. Under 730 5/3-2-2 Powers and Duties of the Department (1)(d) "To develop and maintain programs of control, Rehabilitation, and Employment of committed persons within its Institution

55. Cf for its Involuntary Servitude conflicts they have service/Labor State pay for Unassigned and Job Assignments. For the W of S they have None other than the Same Involuntary Servitude State pay done under isolere and correction.

56. Under 730 ILCS 5/3 2.5-20 (a)(3) The Director is to identify the need for and recommend the funding for Juvenielle programs cf with what should be occurring for W of S under SDP section 8

57. Under 730 ILCS 5/3-6-2 "... A Chief Administrative Officer [ Warden] shall be responsible for All persons Assigned to the Institution or Facility ... shall Administer the programs of the Department for the Custody and Treatment of such persons.'"

page 21 of

Adamczyk        S.D. Fed. Court of Ill.

## IV Facts

58. UNDER 730 ILCS 5/3-6-2(b) "The CAO [WARDEN] Shall have such Assistants as the Department may Assign."

59. UNDER 730 ILCS 5/3-6-1-(b) "The types, number And population of institutions And
✱ Facilities ✱ Shall be determined by the needs of committed persons for treatment And the public for protection." It is Clear that the SDPA section mandates A different type of facility for its WARDS under A guardianship then the Involuntary Servitude Imprisoned under the 13th Amendment And Illinois criminal sentencing.

60.          Some basic rights, human rights. Factually taken Away to All inmates, persons in Custody At Illinois BMRCC whether A W of S or Convict Done under A MASTER to slave / Involuntary Servitude System NOT MASTer to Servant of employment Follows:

61. Forced to buy And use serpentive Pens or Blue pens of some design but water washable These Pens Are As pointed As regular

page 22 of

Adamczyk        S. D. Fed. Court of Ill.

## II Facts

Standard medium Pointed Bic type Pen.
But Are much harder to write with because
of thickness And firmness of Pen.
They have less ink And are used more for
A Master to Slave / Involuntary Servitude
~~It~~ It makes it harder to write, be educated,
Access to the Courts etc.

62. TVPA talks to simple things that Add
up to NONViolet coercion in Findings
of Law [ fact ] §7101 (b)(3)

63. Another policy [ totally discretionary ] is
bringing back food from dietary given you
to eat. Policy rules do not Allow it Unless
Any Staff member tells you it is Okay
by OR A Tray is given to you At your
Living cells for that purpose. That is
Strictly A psychological Master to
~~Involuntary~~ Servitude coercion

64. The Above fact is so noted that many states
~~the Federal Gove~~ including Illinois, the Federal
Government, (thru 18 §22 {3) make it a crime
for a Correctional Staff officer to have consenting

Page 23 of

Adamczyk        S.D. Fed. Court of Ill.

## IV Facts

sex with a prisoner. The Fundamental Reasoning behind these laws is the same. The relationship between the Correctional Officer and prisoner is coercive. The 9th circuit in civil action brought off the 8th Amendment cruel and unusual punishment stated the Court assumes that a prisoner cannot consent unless the officers proves otherwise. Wood v Beauclair 692 F.3d 1041 (9th cir 2012)

65. This whole idea is based off a Master / to Slave or Freedom servitude how much rights a chattel person gets taken away. All or disparaged to only an allowed public policy need consideration. Prison officials actually get away with common tort violations based on the "whole" Discretionary Function exception which is the definition one who is enslaved by another having a Master control over another human being.
Keller v United States 771 F.3d 1021 (7th cir 2014) Negligent carelessness are not covered by Discretionary function exception as it involves no element of choice or judgment grounded in Public Policy consideration." This is important Judicial Fact.

page 24 of

Adamczyk          S.D. Fed. Court of Ill.

## III Facts

66   Cf And while the subject of WofS whom
Are suppose to be in A Set Aside facility
for sex offending treatment, Romantic Intimate
relationships is the best treatment for
Any WofS seeking An person who can
give legal Consent As it is for even the
Convicts of sex offenses Under the Laws.

67. (A)   The section 3 of (B) SDPA refers to SOMBA
that must be followed. The SOMBA wrote Title 20
An [policy 1509] which must be followed
for Any sex offender under its IDOC criminal
code Definitions in IDOC. When possible
Romantic Intimate including sex or less is
the Best Dynamic treatment risk lowering
factor that can be used. This is NOT
An Discretionary Function exception, But
All Defendants expressly withhold this from
W of S And some of the Convicts who would
fall under 730 ILCS 5/1-1 definitions for their treatment

68.   Withholding of Romantic intimate relationship
to W of S can be Argue As A Hate crime under
Illinois law based off Illinois 720 ILCS 5/12-6(1)(2)(
(3), (4), (5), (6) * And the sexual orientation

page 25 of

Adamczyk    S.D. Fed. Court of ILL.

## IV FACTS

68.
cont'
of the Gay or Bisexual WofS and convicted sex offenders at BMRCC And/or the mental disabilities).

69. Under 720 ILCS 5/12-6 Intimidation ... "without lawful Authority" (b) take action As a public official Against Anyone or Anything, Or (with held official Action or cause Such Action or Withholding ... " A person commits intimidation when with intent to cause Another to perform (OR (To OMIT the Performance of ANY Act) ... " taken with MAndatory Policy of treatment for sex offenders including especially WofS [policy 509 ]Title 20 509 to Romantic Intimacy Relationship is An OVert Act of Omitting the require Performance of Treatment for A sex offender or Normal Person

70. Factually other convicts convicted of sex offense should be Allowed to have sex/romantic relationships at BMRCC the Policy Mandates it with consenting WofS their. Key word is Consenting. The Correctional Officer coercive master/slave relationship does NOT exist

page 26 of

Adamczyk        S.D. Federal Court of ILL.

## IV Facts of other Coercion

71. This goes in part to WofS Cf with convicted felons to Mail And Phone restrictions. Violation of the 1st Amendment And other Federal, State, Local Laws.

72. For Convicted felons held in Involuntary Servitude the Discretion function police exist Under Illinois 730 ILCS. Cf WofS Are not by the 13th Amendment And the SDPA itself suppose to be subjected to the Arbitrary Involuntary Servitude denial or disparging of rights.

73. Mail restriction of 730 ILCS 5/3-8-7.5 explictly state Any victim of the ⊙ inmate or family member let IDOC know its does not want to correspond with the inmate And under (c) The State Attorney Administrative Duty to do so in Assisting A victim. This Actually holds for both WofS under SDPA And Convicts.

74. No person exists that for WofS to have their mail interfered with by BNRCC staff whether legal or not. Staff at BNRCC have No legitimate reason to open Any incoming Mail or read Any outgoing mail or

Adamczyk    S.D. Fed. Court of Ill.

## IV Facts

Deny Saturday Delivery or mailing to a
W of S, or Any day use of the mail by
UPS or FedEx. IDOC and BMRCC disparge
this right as slave like oppression Coercion.
Allow for the clearly convicted. Illegal
for the W of S.

75. The Phone system And lack of free Access
to Phone that have No special calling
notification acceptance is evidentrally
proof the Facility at BMRCC is
NOT A set aside Facility. Absolutely
NO security reason exists for a W of S
to be denied the 1st Amendment right
to call Any person, or Business, or
government Agency to get help or complete
A Business transaction based on Involuntary
Servitude Policies. Instead of Individual Reasons.

76. TVPA §7101 talks to findings of fact
how traffickers take Away Support to their
victims (b)(5) And substantially Affect
Commerce (b)(12)

77. TVPA §7101 (b)(16) Notes "... enforcement
Against traffickers is Also hindered by

page 28 of

Adamczyk        S.D. Fed. court of ILL.

## IV Facts

77 | official indifference, by corruption, And
cont. | sometimes even by official participation
"in trafficking."

78. | Historically, this has happened to WofS
in IDoc because 1.) the SDPA started
off A penal Statute trying to expand lesser
mental illness into its facilities for the
mentally ill convicted ♂ in 1938 2.) In
1963 it purpose became NON Criminal
NON-punitive Supposedly NOT Involuntary
Servitude but NO official State Attorney
who used it chose to enforce IDoc
to follow the purpose 3.) So few WofS
Are Arbitrary choosen And exist Cf to
the number of persons Convicted of crimes
NO one really took Notice. 4.) Factually for Wo[f]
the Average length of incarceration is
18 years. This Number is lowly skewed
because A Dead WofS is taken out of the
Average. 5.) TVPA Notes § 7101 in its
Findings this how traffickers hide their
victims from the public too

74. | But A brave, bold News reporter in MAX Green

Adamczyk          S.D. Fed Court of Ill.

## IV Facts

79 cont. in 2019 wrote an Article About A WofS At BMRCC who had no background to even fit the Definitional elements of A SDP called Never sentenced, Never Released He noted how the State Attorney And IDHS Staff preyed upon his Developmental Disability and mental illness

80. This started a dialog Among a group of people to Acknowledge that IDHS BMRCC Staff are wrong As is the SDPA itself.

81. MAX Green who wrote the original Article "36 years in an Illinois Prison without A Conviction or Sentence" had PBS branch pick-up the story further "Never Sentenced, Never Released". It contains Actual transcripts from the ORAL Argument used in the ONLY Case About the SDPA to make it to U.S. Supreme Court. The 5-4 decision was Primary based on A Set Aside facility existing that was A Non-punitive, non-criminal treatment center, Not an IDHS typical facility designed for Punishment. That was the Assistant Attorney General of Illinois discussed Purpose

Page 30 of

Adamczyk    S.D. Fed. court of Ill.

## IV Facts.

81.
Cont.
Factually At Menards that true treatment facility set aside Never existed, Currently At BMRCC Wds Are more Arbitrarily denied rights based off A slave Discretionary System than they were At Menards in 1986

82.
For instance,
Dayroom hours Lack of; At one point Wds had when treatment staff were here At BMRCC Access to the Dayroom during those hours. Meaning Mon-holidays Monday thru Friday 8am to 2:30pm. But for the Night Dayroom were Arbitrarily forced to Abide by the convict schedule of 1½ hours only between 3pm And 11pm.

83.
Dayroom hours Are So Arbitrary Discretion of the Warden Onsntly. Two Prison, CC, Labeled A medium security can get A variance of hours between 3 to 8 A day. Cf with Ohio Correction Center being Maximum Security giving 14 hours of Access to the Dayroom.
NO Logic Safety, Security or Other Reason exist for the Justification. Other than the Traditional Master/Slave manifestation of Slave

page 31 of

Adamczyk        S.D. Fed. Court of Ill.

## IV Facts

83
cot.

Which whole irrational, illegal permit was based on these people need to be treated that way to keep them in Line too.

84.

Cf of convict to w of S for purposes of The 13th Amendment. Fact stated in Court Decisions "... on the subject of the Protection Afforded by the 13th Amendment has no bering on the legality of the imprisonment of persons duly convicted of a crime; such persons are explicitly excepted from the Amendment coverage [citing U.S. exrel Smith v Dowd 271 F.2d 292 (7th cir 1959)] from Jobson v. Herne 355 F.2d 129 (1966). Further CASE Law of Judicial Notice Facts State: "... Jobson and Wyatt cases are the MOST Apposite cases ... but only rely upon them As support for our conclusion that the 13th Amendment has applicability in the mental Health institution Context. And the plaintiffs MAY prove sufficet Facts to prove A violation of The 13th Amendment." Dowss US. Dept. of Public Welfare 368 F.Supp. 454 (197

85.

Cf the policies under Title 20 for corrections based off 730 ILCS Corrections about how much

page 32 of

Adamczyk    S.D. Fed. Court of Ill.

## IV Facts

85. Discretion a WARDEN, Staff should have
cont. toward CONVICTS with Cf W of S where
Use of it should be used to deny rights
or disparaged unless based off individual
reason to each W of S. NO Group of Individuals
Get their 1st Amendment Any Bill of Rights
denied Unless Duly criminal convicted for
the duration And level W of S do At BMRCC

86. Factually the arbitrary Discretion is Against
Public Policy And law to W of S at BMRCC
by All STAFF of IARC failing to Utilize the
least restrictive Alternative. This goes to
dayroom, outside time Allowed, Use of the
Law Library, use of WORD Processors, giving
out Pain And Cold over the counter medication,
transport to Court or other Writs And meeting
needs of product by MAIL delivery.
Cf for the Convict its discretion AS A
MASTER to Slave usually gets upheld in Court
even with Public Policy

87. These Next group of Facts Are presented to
the Federal Court to show A set of facts
page 33 of

Adamczyk    S.D. Fed. Court of Ill.

## IV Facts

87.    exist not only to this initisint claims
cat.   but also exist to the Standard reply by
       Defendants Attorneys NOT understanding
       the Laws Applicatiin to convicts vs Wofs
       or Akin Parens Patriae group

88.    These facts are based off a appositive Akin
       Court Decision from Federal Court. Noting
       Administrative Courts [ the SDA creates A state
       circuit Court of criminal trial into An
       Administrative Court At Only the State Attorney
       of that County] create an affirmative duty
       to those they Adjuicate for And As does the
       whole detective process of that individual
       Cf Santiago etal v City of Philadelphia et. AL
       435 F. Supp. 136 (1977)
       The Biggest difference in this lawsuit Are Claims
       of Constitutional violation exist to the 13th
       Amendment And 14th Amendment Are the only two
       similiar Bill of Rights violations. This lawsuit
       uses the 1st and 9th amendment; Cf Santiago uses
       the 8th Amendment As does this lawsuit

89.    Differences between Santiago And this Claim
       most All my claims Are for tort civil remedy

Adamczyk      S.D. Fed. Court of Ill.

IV Facts

89. | based off illegal Activity of All Defendants
cont. | from Federal Laws. TVPA §7101 et seq.,
18 § 1595, 18 § 1590, 18 § 1593(A), 18 § 1589,
based off 18 § 1595 civil Remedies.
Santiago Cf was off State tort Law And
Constitutional Federal Claims. I seek to
Address the State Law tort violations in
State Court As Illinois Uses Very similar
Code of civil Procedure but Also different enough
to Justify keeping them separate to protect
my rights. Things like factual specific
pleadings in Answer, right to respondents
in Discovery to name A few.
18 § 1595 And TVPA was not Available for
Santiago to Use in 1977.

90. | These noticed facts do exist from Santiago
that Are factually Applicable to this lawsuit
The Santiago lawsuit Named all Staff at the
Facility As Defendants for Damages because the
Allegation Alone in the lawsuit of practice by
these defendant was good enough to get more
discovery to prove it.

91. | This lawsuit factual true Allegation is All Staff
page 35 of

Adamczyk          S.D. Fed Court of ILL.

IV Facts

91. of IDOC At BMRCC And wexford Staff At
cats BMRCC; 1) Have, had An Affirmative Duty to
Report Acts of Neglect By care, unneeded
pain suffering by Any staff, or Facility Physical
designes example cells As used for residential
housing of WofS. And neglect treatment, and clothes

92) 2) All Staff illegally participated in following
Any and all the Involuntary policies used on
the convicted population, but illegally used on
the WofS Adjudicated with mental illnesses
This especially goes to IDOC treatment Staff
And wexford medical Staff

93. ID Santiago At 155 (D) discusses the legal
theory behind their factual statements.
I believe my Lawsuit is Actually Stronger
Alleged based off Federal Statues off
the 18§ 1595 claim to civil remedy.

94. This goes to the fact that my 42§ 2000d
claim to the declartory Judgment part could
possibility be dismissed without prejudice
because I did not file An complaint with
the Federal agency first. But I did. As At
page 36 of

Adamczyk     S.D. Fed Court of ILL.

## III Facts

94.
cot.

3 seperate occassions request my self-
Appointed Guardian-ad-litim in my case
the State Attorney of Dupage County to Address
the Horrorific Detention issues At BMRCC
for me And All wards of the State. To
me they Are the specifi State Agency responsible
to see I Am NOT MIS cared, mis treated
in the State Intitutions.

95.

But As far As Damages AN exhaustion of
remedies to the past serves no purpose in
requiring the Federal Agency to get IDOC BMRCC
to be in compliance with the Federal Law.
I did nothing to slow down the filing for
damages. It was other State Agencies that
prolonged the Damage Award And claims Amounts.

96.

The Reality of this Lawsuit is very similar
to Santiago that Ultimately Respondent Superior
the State of Illinois, IDOC Agency, County
State Attorney Agency will Pay out the
monetary damages. "Respondent Superior is A
deliberate Allocation of risk by which the costs
Arising ~~from individual~~ Anticipated hArm to

Page 37 of

Adamczyk    S.D. Fed. Court of Ill.

## IV Facts

96.
cont.

Innocent individuals caused by Actions of employees are borne by employer. This is reasonable since the employer, rather than the injured party, is in a better position to Absorb the cost, insure against them And distribute the cost to Society." ID Santiago at 148 B.

97.

And the State Agencies Under Illinois Law are also in better position to sue its employees to recover the damages. Santiago Also NOTES Respondeat Superior has been used in itself to protect individual rights from Abuse by repositories of State Power. This goes to part of the 10th Amendment Constitutional Violation Along with Federal TUPA Abuse of Law Claims ID Santiago at 147-148

98.

TUPA § 7102 "Definitions (1) Abuse or threatened Abuse of law or legal process ... means the use or threatened use of law or legal process whether administrative, civil, or criminal, in Any Manner or for Any purpose for which the law was NOT Designed, in order to

page 38 of

Adamczyk        S.D. Fed. Court of Ill.

## IV Facts

98.     exert pressure on Another person to cause
cont.   that person to take some Action or refrain
        from taking some Action"

99.     TVPA § 7101(b) findings" (16) In some Conntres [U.S.]
        enforcement Against traffickers is also hindered
        by Official Indifference, by Corruption, And
        Sometimes even by official participation in
        Trafficking"

100.    TVPA § 7102 (3) under definitions "Coercion"
        means (B) Any scheme, plan, or pattern intended
        to cause A person to believe that failure to
        perform An Act would result in serious harm ...
        or (C) the Abuse or threatened Abuse of the
        Legal process

101.    All staff At BMRCC Are part thru Active or
        official indifference NOT reporting Abuse And
        Neglect Part of Abuse of the law (SORA)

102     Some staff Abuse the process And Are more
        Coercive by Abuse IDOC policies with
        Threats of segregation, withholding treatments
        And other things And by Actually doing it.

                        Page 39 of

Adamczyk    S.D. Fed. Court of ILL.

IV  Facts

102  Wexford medical staff benefits by pay off
their dealings with the WofS yet treat
them as chattel human property to forcing
unneccessary pain and suffering to medical
care. For instance W of S old and incapable
of cutting their toe nails infected with Fingus
are left to suffer, Headaches are never dealt
with right away so a mental ill person
has to suffer the pain, cold medicine never
dealt with right away, as with tissue to
ever blow your nose (IDoc passes out only
one roll of toilet paper a week rough kind)
yet Wexford has staff 24/7 at BMRCC
their policies and staff indifference to
W of S pain physical pain occurs on a
daily bases. Acts of omission to the bad
clothes, extreme heat of cells also proves
their participation in Involuntary Servitude
under 18 § 1590, 18 § 158, and others 18 § 1961 et
seq

103  Examples of IDoc staff at Springfield the
Grievance Review Board ignores the Law,
Abuse the Law with Grievances filed by WofS
taking away 1st Amendment rights to grievance
as a class (see exhibits) and factually

page 40  3/3 of

Adamczyk      S.D. ~~Court~~ Fed. Court of Ill.

## IV Facts

103. the need to investigate themselves that WARDS Are held in Involuntary Servitude As the convicted Chattel property.
See exhibits.

104 Even the public relations person has An Affirmative Duty under the SARA to tell the public there Are in A set Aside facility Not A Slave correction Center, That different ID's exist for A WofS. That person fails At their duty.

105 Factual Judicial Notice goes to support Above facts from 2 U.S. Supreme Court Cases that Address how specific expectations to Liberty and property ~~~~ And duties to perform can exist based off State Statute or policy. The State Statute or policy by these cases Apply the General due Process clause to Privilidges And Immunities but made by explicit expectations Specific

106 Cf the Above to claims under the 13th, 10th, 9th, 1st Amendment more And 5th specific constitution proceedural proces of Priviledges (Rights).

Adamczyk                    S.D. Fed. court of ILL.

## IV Facts

107.    In Wilkinson v Austin 545 U.S. 209 (2005):

"       A Liberty [or property] interest May Arise from
the Constitution itself, by reason of Guarantees
implicit in the word Liberty ... or it may
Arise from an Expectation or Interest
created by state Laws or Policies [citing
Wolt v McDonnell 418 U.S. 539 (1974)"
ID Wilkinson at 221-222

108.    The other U.S. Supreme Court cases talk about
Affirmative Duties Arises by State Laws
because Certain Special Relationships by
State Agency or State Are created from;

"       ... from the Limitations which it has
imposed on his [W of S] freedom to Act
on his own behalf, through imprisonment,
institutionalization, or other similar restraint
of Personal Liberty." Under holding (b) At
ID Deshanney At 1000
Deshanney v Winnebago County DSS 109 S.CT. 998 (199...

109.    SDPA creates A sharp expectation to the Safe
keeping of A convict when Cinder 730 ILCS 5/3
Corrections Sentencing And Imprisonment Laws
The SDPA creates the UTMOST Special Relationship

                Page 42 of

Adamczyk                 S.D. Fed. Court of ILL.

            IV Facts
                                    3-1-19
109.  The Corrections 730 ILCS 5/ DAPA create ones
cont.  for the imprisoned to be treated like Chattel
       Slaves losing rights and disparaging them.
       Getting the minimum allowed by the current
       mature society because of punishment.


110.  The SDPA statute disavowes Punishment criminal
      responsibility when the State Attorney county Agent
      makes that Administrative decision. It is
      Suppose to be NonPunitive, NonCriminal manner
      in offering Care, treatment, And Safe keeping.
          Cf. with The Sentenced under 730 ILCS
      5/5 — et seq. and 5/3 — 1 thru 19 where A person
      is Involuntary Servitude / Slave Chattel piece
      of human property.


111.  The "Facility" is Statutory required to be
      A Set Aside one As Are All State dealing
      mandated by Statute A fiduciary duty exist
      not MASter to Slave cf. convicted And
      sentenced but Guardian — WARD


112.  The SDPA has explicit expectation of An Attorney
      Appointed in All Proceedings under the Section
      of SDPA    ≡    Section 2 Acknowledges
      Commitment ~~to~~ proceedings And Detention ones.
                    page 43 of

Adamczyk    S.D. Fed. Court of Ill.

### III Facts

113. So to factual Chattel Slave Policies of IDOC's
BMRCC, the Plaintiff claims these categories
Are being wrongfully done to him And All WofS.
① inadequate residential living house issues; e.g. cell,
size, heating And cooling, ② General overuse
BMRCC Rules e.g. hat wearing, bringing food out of
Dietary, time of meals, walking in lines, ③ Improper
suppression of Liberty. e.g. dayroom hours, recreational
hours, outside hours, use of gym, use of yard, Phone, Mail,
use of commissary, use of Mail order for Commerce,
④ Denial of non chattel employment And discrimination
in Job Assignments, ⑤ denial of Adequate educational
And treatment services to mental, mental Health,
And SOMBA, ⑥ Inadequate Clothing provided,
given out or even Allowed to buy, ⑦ solitary
confinement issues, ⑧ Unjust enrichment
off a WARD of State making them buy below a
minimum level to medicine, hygeine, clothes,
mental Health protects And extra food to supplement
a diet, ⑨ Not using least restrictive
use of Handcuffs And other restraints

Adamczyk        S.D. Fed. Court of Ill.

### IV Facts

114. One of the expectations and Affirmative Duty created by imprisonment and / or institutionalization is Pro se filers, Non-Attorney get, MUST Get less stringent Standards in Pleading the complaint

" .. A Pro se complaint however inartfully pleaded must be held to less stringent Standards than formal pleadings drafted by lawyers And can only be dismissed for failure to State a claim if it appears beyond Doubt that the Plaintiff can prove No set of facts in support of his claim which would entitle him to relief."
Estelle v Gamble 97 s.ct. 285 (1976) At 292
Known As the Haines test based off Conley v Gibson 355 U.S. 41 (1957)

115. Illinois Court of Claims Act takes Soveriqn Immunity Away from State Agencies, the State for monetary damages off False Imprisonment, breach of Contract (The SODA mandates to its WARD) And other reasons. Therefore Respondeat Superior can Apply to the IDOC for Constitutional or tort Federal Claims.

page 45 of

## IV Facts

115
cont.

MORE FACTUAL Proof for NAMING All StAFF
And IDOC Agency (Department) being
Responsible. UNDER Illinois Criminal Code
Speaking Directly to IDOC (where WotS Are put)
730 ILCS 5/3-2-2 Powers And Duties of
the Department. NO particular StAFF member is
NAmed, but the Department itself hAs
Numerous Duties And Powers.

PAse 45 ½ of

Adamczyk          S.D. Fed. Court of Ill.

Exhaustion Remedies (Not Applicable but talked to)

116. I have tried to bring to the Attention of the illegal Activity towards me and the other W of S to over 50 staff of IDOC and many more Wexford Staff. They refuse to acknowledge the fact that false Imprisonment because it is done under IDOC Policies for duely Criminal convicted exists. Part of being subjected to Involuntary Servitude is the people involved Actively participating for financial gains therefore Not even Addressing the fact it exist

UNDER 18 §1595 civil Remedy to Federal tort violations of TUPA ch-78 § 7101 et. seq. And 18 §1590, 18 §158 18 §158 , 18 §158

An exhaustion of a remedy would be not expected. AS well As to Constitutional Claims to the 1st, 8th, 10th, 9th, 13th, 14th Amendment, A person trying to get out of the Involuntary Servitude by definition the perpetrators would not Allow Any fair Grievance to take Place.

page 46 of

Adamczyk    S.D. Fed. Court of Ill.

Exhaustion Remedies

117. I tried on 3 separate occasions it was more bring up the subject with the County State Attorney to the Detention Problems seeking that Administrative Agency to Address the issue. They never replied.

118. To 28§1336, 42§1994, 18§1595,

I will offer As proof that the Grievance system itself is a Slave only one. They do not Allow A Class of persons to file grievances together. Do not Allow even their Policies to complete themselves to due process of witnesses.

119. Never the less biggest proof IDOC Staff @ involved with the Grievance system is At AMRCC And and IDOC Review they Admitt Facility placement is Non-Grievable Supporting the fact to a facility set Aside mandate by Statute is violated As is the Claims stated by the Plaintiff
            See exhibits

120. Further Fact the PLRA exhaustion of Remedies
            page 47 of

Adamczyk       S. D. Fed. Court of Ill.

Exhaustion of Remedies

120.
cont. Only Applies to Criminal Pre-trial detainees
And prisoners duly criminal convicted means
its Exhaustion Remedies Are NOT Needed
even in 42 § 1983 claims

121. Facts to support Above. (1) Immigration Detainees
Do not have to follow PLRA exhaustion Remedies
they Are NOT prisoners under PLRA. or even Pretrial
criminal Detainee. (2) Neither Are Wots
The purpose of Act is to hold them NOT
Criminally Responsible (3) Detain for treatment
only ~~Last As~~ in A NonCriminal manner.
(4) The Criminal prosecution was At the
County State Attorney discretion excled, therefore
the filing of A 42 § 1983 is Akin to A
person filing After being freed from A
prison. (5) The Statute Never intended them
to file thru A Prisoner Grievance System
by design to be A denial of certain rights
And coercive itself

122. Nothing in this section endorses the idea
that for nl§ 1595 or 42 § 1983 claim A
NonCriminal person must use the Chattel prisoner
Grievance system (only one at BMRCC)

page 48 of

Adamczyk        S.D. Federal Court of Illinois

## V  Claims I

122. Civil Remedies under 18§1595 (a) " An
individual who is a victim of a violation
of this chapter may bring a civil action against
the perpetrator ( or whoever knowingly benefits,
financially or by receiving anything of value from
participation in a venture ....) in an appropriate
district court of the United States And may
recover damages And reasonable Attorneys fees.
   All defendants thru actions And inactions
were perpetrator and/or knowing financially
benefited 18§241 Conspiracy against rights
makes it one possible way to show how the
Board range of Defendants named Are liable under
18§1595. That coupled with A class action
motion. This goes especially to Wexford Health
Source As Respondent Superior And its Assigned
staff At BMRCC who work their. The Defendants
fall under 18§241 by their occupational dealings
with wards of the State whom Are entitled to Utmost care.

123. 18§1589 also is a Federal Question of civil
Remedy that falls under 18§1595 chapter violation
section (a) includes all ways of being involved
by knowledge Alone of harbors, transports, recruits
provide or obtain by any means for Labor or Services."

Adamczyk          S.D. Federal Court of ILL.

## I claims I

123. The Service of being Chattel human property for
costs    IDX to AF BMRCC to get over $34,000 per head
         OF inmate, person in custody, Allows All
         staff to benefit financially.

"    18 § 1590 (b) whoever obstructs, attempts to
     obstruct or in ANY way interfere with
     or prevents the enforcement this section shall
     be subject to the penalties under subsection (a)"
         From For purposes of civil Remedy
     18 § 1595 this expands the STAFF who can
     A) A State official And individual play
     A role in the illegal tort common law of
     Peonage, slavery or Involuntary Servitde or
     forced labor under 18 § 1590

## I Claim II

124. VIA 18 § 1595 civil Remedy uses 18 § 1589
"    Forced Labor with or without 18 § 241
     (a) whoever knowingly provides or obtains the
     Labor or services of a person by Any one of,
     or by Any combination of . . .
     (1) by means of force, threats of force, physical
     restraint or threats of physical restraint
     (2) by means of serious harm . . .
     (3) by means of the ABUSE of threatened
     Abuse of the Law or legal Process

Adamczyk          S.D. Fed. Court of Ill.

## V Claims II

| 124. | (4) by means of any scheme, plan, or pattern |
| cont. | intended to cause ... would suffer serious harm |

(4) by means of any scheme, plan, or pattern
intended to cause ... would suffer <u>serious harm</u>
or physical restraint

(b) whoever knowingly benefits, financially or
by receiving anything of value ...
All staff at BMRCC and IDOC collect wages
at the slavery, Peonage system by abuse of
the law knowingly the SDPA, made W of S
not put their for Peonyc reasons.

(C)  (1) 🙾 defines "abuse of law or legal process"

//   (c)(2) The term serious harm means any
harm whether physical or NON-Physical
Including psychological, financial,
or reputational harm.

The list of things done by Wexford and
BMRCC staff against the mental ill and deseased
W of S would fill 100's of pages. But here are
a few. Physical abuse of pain by hand cuffing.
Name calling by staff done for psychological
and reputational harm and to degrade the person

X   Punishing mentally ill person and Developmental
disabilities without due process of their own
polices and against people who cannot comprehend
their method, tainting food that they get
from dietary at the expense of the W of S
Wexford delay pain medicines     Page 51 of

Adamcyzk          S.D. Fed. court of ILL.

## I Claims II

124  Wexford staff refusing to prop ~~prop~~ ~~pro~~ Quickly
Cont  relieve pain of a WOTS to headaches,
cold, Flu, Allegies symptom relief with
Over the counter medicine.
Wexford staff ignoring wounds, healthcare
issues to lack of proper shelter, clothing
provided by their Contractor IDOC at BMRCC
~~not~~ for WOTS.

## I Claim III

125  TVPA § 7101 et seq. to add statutory
Facts, And use itself for Appointment
of U.S. Attorney General by court
for this civil prosecution if the
State Attorney county Agencies / Guardian
Ad-litem refuse to do so.
        See motion for Appointment of counsel
TVPA § 7101 et seq. is meant to be used
Also with 18 § 1595 it is Allowed for
Such purposes.


## I Claim IV

126  VFA 18 § 1595 ~~with~~ under 18 § 1592 staff At BMRCC
use IDOC policies to extort the ~~use~~ getting
of government identification documents, birth certificate,
Social Security, Sometimes refuse to even get them
                page 52 of

Adamczyk        S.D. Fed. Court of ILL.

## I Claims IV

126    Then, held them from W of S without their
cont.   permission. This Staff Jobs Are to obtain
the needed Documents. This includes Staff that
deals will Trust Fund Account of holding of money
who Also fall under 1 & § 1590, 15 § 1589, will or without (1589 ett)

### All Claims Additional facts

127.   All the claims incorporate all the Facts stated
From 1-thru 121 in support.
Some specific ones show the Director and his
Staff Breach of Duties to W of S
The WARDEN And his Staff Breach of Duties to W of S
Wexford Health Sore and their Breec Staff
Breach of Duties.

128.   All Defendants participate in Abuse of the law
in relationship that W of S ARE NOT to ~
be handled, dealt with, the same way As
A Convicted felon At BMRCC who As
punishment get Peonage, Slavery, Involuntary
Servitude Allowed.

Adamczyk     S.D. Fed. Court of ILL.

## I Claim V

129. By Jurisdiction 1 18 § 1595, 28 § 1331, Violation of Supreme Law of Land 13th Amendment And/or 4 § 1994, And 18 § 1581, with or w/o 18 § 241

130. The 13th Amendment is the most specific proceedural Constitution Guarantee to people in the UNITED States. Cf to The General Due Process given All people in the United States to the 14th Amendment.

Slavery or Involuntary Servitude is NOT Allowed unless A duly conviction of A crime for punishment

All Defendants violate this basic civil Rights 15 to the Plaintiff and the class ist w of s under both the SODA who Are suppose to be detained Not incarcerated in IDOC BMRCC. (basic criminal law) A Facility set Aside for different reasons of treatment NOT petrative, Vendictive punishment.

All Defendants are Abusing the Supreme Law of the Land 13th Amendment in relationship to W of S. The Gross negilence by All Defendants Shows An Objective Deliberate Indifference to basic rights Any person has insted of Chattel Slave property only rights

page 54 of

Adamczyk    S.D. Federal Court of ILL.

## I claim V

130.
cont.

IDOC policies And Staff use of them
offer proof of Subjective And Objective
Deliberate Indifference towards the mentally ill
And Developmental Disability (mentally Handicapped)
placed At IDOC's BNRCC for treatment, NOT
punishment

## I Claims VI

131.

All Defendants "Respectively As (or to
the people," under the color of State Law
Are Prohibited by the SDPA, and 13th Amendment
to As individuals or/And State Officials
to enslave or Involuntary Servitude Another
Person. The power to do so is both Prohibited
by the State Law, SDPA, which places the w of S
Plaintiff into treatment Detention, And the Supreme law
13th Amendment procedural requirement of
Legal Slavery or Involuntary Servitude.
     The Power of MASTER - Slave All Defendants
use over to humiliate, degrade, physical, financial
psychological harm, & Serious harms,
for their financial own benefit or personal distorted
way to self inflate their own ego is NOT

Adamcyk   S.D. Federal court of ILL.

## I Claim VI

131. ·NOT Allowed Under the 10th Amendment

cont. All Defendants Actions And Omissions to Act
Amount to objective Deliberate Indifference
And @ subjective to Abuse of Power in
their Job Duties towards Plaintiff Rights.

132. The Indifference of letting other Staff
Abuse the mentally Handicapped Placed in their
Safe Keeping, Care, And treatment is gross
negligence itself to Abuse of "Powers to
the people" from the 10th Amendment

133. At All times All Defendants Knew Affirmative
Duties existed for the W of S, mental
Handicapped at the State institution because
it housed Both Convicted felons and SDP's
W of S. The Power to intervene existed
but All Defendants were Deliberate Indifferent
to do it.                    peonage   civil peonalty
Thru 18§1333 with 18§1381, 18§1595, 18§1589
L or under a different analysis 42§1994 peonage, 42§1933
NO set Asido facility evist physically Nor
policies. Thru 18§1961-1968 Thru 18§1951 Racketeering
To mail Fraud, Thru wire Fraud

page   56 of

Adamczyk    S.D. Fed. Court of Ill.

IV    For Claims more Factual Support

134. more Facts for All Claims to show the level of gross negligence of Diliberate Indifference by All Defendents but especially to prevent Due process violations to 8th Amendment And 1st or the using the 13th Amendment to Incorporate Specific Slave type other Amendment Denied or disparaged under the same Theory to the 14th but Stronger Use of it right NOT to take Away. (4th Amendment privacy issues)

135. All Defendents Know or should Know, but At Bmrcc Know the W of S since 2004 where celled in seperate wings from the CONvicts At BMRCC. Currently W of S have 2 of the 17 Available male cell house wings At the Facility.

136. BMRCC Staff Know they Are wots Indefinitly Detained not Criminally Sentenced for incarceration.

137. All W of S Are defined by having a Mental illness All Staff At BMRCC especially Wexford Know a higher % of the WofS take psychotropic medications for their mental illness as part of treatment than the criminally convicted.

page 57 of

Adamczyk        S.D. Federal Court of ILL.

## IV For Claims More Facts

138. All Staff especially Wexford Staff knows that the mentally ill WofS Are given inadequate clothes, see them were holy t-shirts, Extreme Dirt clothes, no socks, Holes and mold on their underware in physical exams required each year. Yet refuse to speak out to this

189. It is illegal for any person to be denied meals Dietary As disciplinary reason or not but Correctional officer routinely (meaning to the majority of the WofS because of their mental illness meals without no regard to A whole easier Alternatives. As they do for convicted felons

140. The policy of even forcing A WofS to get up and be ready for breakfast at between 4:30 AM and 5:30 AM OR MISS it shows how much gross negligence And Deliberate Indifference occurs towards WofS

141. 730 ILCS 5/3-7-2 (d) All institutions and facilities of the Department shall provide every committed persons with A Wholesome and Nutritional diet at regularly scheduled hours . . ."
   " 730 ILCS 5/3-8-7 Disciplinary Procedures

Adamczyk        S.D. Fed. Court of Ill.

#### IV For Claims more Facts

141
cont.

(b)(1) Corporal punishment and Disciplinary Restrictions on Diet, medical, or sanitary facilities, mail or Access to legal material. Are prohibited"

Yet numerous times WoIS Are Denied Dietary meals for speaking for themselves or others, for being late out of cell to A chowline, for manifestations of their mental illness. Staff at BMRCC Do this without total disregard for the mentally ill person and their rights and the law. While it may not occur everyday, It occurs at All is wrong.

142

Factually to see part of the tie to the school District    staff At BMRCC and Springfield hired by the State. BMRCC Law Library is part of the School District and is the Same building for education from the School District staff There Are over 50 computers in the Same building having Word Processing capacity yet NO Access is granted for legal filing to use them. The most basic of things the School District has to use is denied for NO persons other than the Chattal Slavery Policy at BMRCC being illegally used on non Criminally Convicted. WoIS to use word Processors for legal work / treatment

Page 59 of

Adamczyk        S.D. Fed. Court of ILL.

IV For Claims more Facts

143. Use only of GED, instead basic High school completion
And/or special education at IDOC'' BMRCC And/or
Access to post education colleges for Plaintiff(s)
further establishes the school staff participation
in Violations of Laws And Constitutional Rights

144. The Treatment staff does NOT even follow their
own mandated SOMBA Title 20 code 1905
rules for best treatment methods. This with
their Acts of omissions to proper care provide
proof of how bad it is for the Plaintiff(s)

145. The Southern District Federal Court has already
NOTED IDOC, BMRCC, And treatment staff Fall
far short of offering bare minimum Amounts
of therapy And kinds of treatment modalities specifics.

Claim VII 18§1595 or 42§1983

146 Under the 8th Amendment, 14th Amendment And/or 13th
Amendment, 10th Amendment, 9th Amendment certain
rights Not mentioned the following violation of
them Amount to cruel And usual form of punishment
used for Disciplinary reasons toward mentally
ill or developmental Disability reasons Plaintiff class
Action. Understanding sometimes Discipline may be needed.
Page 60 of

Adamczyk          S.D. Fed. Court of ILL.

## V Claim VII

146  Applying Disciplinary reasons Arbitrary And
wrongly to A mentally ill And/or Developmental
Disability. Person. Specific examples denial of
dietary meals, Allowing UNSANITARY cells,
clothes to exist because of following the
Chattel Slave person Policies or even ignoring
them too. Staff using A Punishment to
deny commit put A W.O.S on Commissary
or Any restriction without ignoring the
W.O.S And mental illness makes it cruel
And unusual punishment violating 8th Amendment
These goes especially to the Correctional
Officers Staff at BMRCC. They Act in their
state official capacity under the color of
Law, Abusing the SODPA And 13th Amendment
itself And in their individual capacity
to be cruel to a Mentally Handicapp
Person by punishing without even knowing
the complete history of the person or their
unique needs and issues of mental illness.

147. Factually it is a reason some C.O. Staff
refuse to be Assigned to the 2 wings of cell, WOS
hence knowing IDOC training is far
to inadequate for those decisions, the treatment

page 61 of

Adamczyk    S.D. Federal Court of ILL.

## V Claim VII

148. In dietary W of S Are forced to eat in sections Away from the convicts most of the time, but this does not get them Any more basic human rights to time to eat, before more consideration in Appropriate diets, or Allow them to bring food back to eat later, Yet diabetics Always get food to bring back later to eat from Wexford Staff.

149. The Chattel Slave policies Are Another example of cruel And unusual punishment for A W of S in violation of 8th Amendment, Factually the Jobs Assignment Convicted slaves get more food usually than even the NONCriminal W of S And more time to eat. The convicted felons get higher Slave wage Jobs Assignments than W of S.

150. The Treatment Staff, Wexford Staff hurt And conspire together to hurt W of S by their statement to C.O. Staff About the specific or group of W of S. And All Defendants by Acts of omission in Working together for the utmost safe keeping, care, And treatment This includes IDOC Administrators Lacking policy.

page
62

page 62 of

Adamczyk          S.D. Fed. Court of Ill.

## V   Claim VIII (B)

151 | Violations of the 1st Amendment Are occur by All defendants primary based on the lack to freely Associate within the facility, outside the facility thru phone or mail, within And outside the facility for treatment staff best suited to treat. IDoc Administrators And Hiring staff have cause their own issues to hiring by using the color of State law, Federal Law, to Abuse the law towards W of S. Hired staff for treatment but Knowing this violates basic mental health and medical treatment principles. Therefore turnover is extremely high. MOST Social treatment staff reject Jobs offer After seeing Abuse towards W of S, mentally ill persons noting An Abuse of the legal process must be occuring. They choose NOT to participate As A government employee to the indifference 1st Involuntary Servitude for W of S at BMRCC

152 | Factual proof wexford uses video treatment staff to supplement the mental that medical treatment needs with specialist. As Does IDoc mental Health with Psychiatrist to video sessi-

page 63 of

Adamczyk        S.D. Fed. Court of ILL.

## I Claim VIII (B)

151  Violations of 1st Amendment occur to freely Associate by All Defendants within the facility and outside the facility. This directly hurts the CARE and Treatment of the Plaintiff(s)

152  Within the facility, Best treatment calls for romantic intimate relationships when possible

153.  There Are over 1500 inmates with potential to give consent to having this kind of benefitting treatment. BMRCC has no policy set up for this to occur. A High percentage of convicted inmates Are in need of sex offender treatment themselves

154.  Employment for the Plaintiffs As employees is A Actually policy Statement under 730 ILCS Corrections, but it is ignored by BMRCC Staff

155.  Dietary needs for the Plaintiffs which the 7th Circuit has Already stated Are entitled to more considered methods of meeting their needs could be done within BMRCC own Kitchens including more time to eat, eating At better food And more And better food, And food Allowed back to cell.

page 64 of

Adamczyk       S.D. Fed. Court of ILL.

V   Claim VII (8)

15b. Dayroom Access for At least 14 hours A day,
Access to the Library for everyday is easliy
done. These Are things the 7th circuit stated
Plaintiff(s) have rights too in A broad sense
As is Access to WORD Processors, regular pens
And othe 9th Amendment "certain rights"
Some may seem trivial but the Accumulation
of each is devasting especially for me A
person will A Developmental Disability to
writing without A WORD Processor.
The Deshanney CASE states Affirmitive Duties
exist because of the SODA Special relationships
to getting what the Allison case said
more consistents than a Criminal convict.


15c. Outside the facility NO Reason for WotS
Plaintiff, exist to restrict mail by reading it
NOR Phones by a Penal functional use. In fact
State Attorney Are suppose to As part of their
Administrative functions under 730 ILCS
          resolve these issues before ANY
person gets to TDOC.

Adamczyk        S.D. Fed. Court of ILL.

If    Claim VIII    (8)

158. Factual proof to the Sex offender treatment program being so poorly Administered. They do not take advantage of VIDEO conferencing to use in treatment. While in person is the best, to use video treatment staff for individual meeting, or groups is far better to Nothing. This goes to using a personal computer for each WOES in combination.

159. Wexford Health Staff uses A lot of medical specialist to by video conference to treat specific illness As well As talking to outside persons.

160. IDOC mental health uses even VIDEO Specialist too. At BMRCC Psychiatrist Are used to prescribe mental Health medicine if needed And for therapy sometimes.

161. IDOC uses the excuse that it hard to hire treatment staff. This is A denial And distortion to help.

162. Most trained, well trained mental Health professional know the care offered At BMRCC is far short needed for Any treatment to designed to work for most of the WOES.        Page 66 of

Adamczyk          S.D. Federal Court of ILL.

## Claim VIII (B)

162. So after researching the facility do not
Apply or Quickly decide to withdraw
their Application. This happens especially
After a tour of BMRCC seeing crimes may be
occurring towards WoLS. The Statute SDPA
requires CARE & Treatment designed for Recovery.

163. Others who get hired Quickly quit or
stay with the intention for a period to
build up a resume for a "better Job" one
that does not violate the law and especially
the mental Health professional ethics. Even IDoc"
BMRCC mental Health staff turnover At A
high rate Based off this fact.

164. The Above 1st Amendment violation is from An
civil remedy under 18§1595, with or without
18§241, 18§1581, 18§1589, 18§1592,
18§1590, 18§1951 incorporation of the 13ss
Amendment by Acts of omission (cf) to convicts
staff All defendants work with At facilities.
to freely Associate for purposes of commerce,
to grievances/Advocate, treatment, Friends/Family,

page 67 of

Adamczyk    S.D. Federal Court of Illinois

## V  Claim IX (9)

164  18 § 1595 gives civil Remedy that needs to be proved by A preponderance of the evidence to all tort claims from chapter 18 criminal law. All defendants by 18 § 241 ⊕ with 18 § 1951 or by only 18 § 1951 violate the Plaintiffs "right to be free from "Racketeering" IDOC staff set up policies to facilities Commissary and the mail and phone Chattel ⊕ disparging of these rights.
BMRCC has a commissary and phones and A mailroom And multiple spots to drop off Commerce All Staff including Lexford Know of these things (including Vending or Jib machines they can Access or freely order food from the outside of this facility.) Lexford to medicine over the coster.
Racketeering is Defined As "Interferene with commerce by threats or Violence" which under "(a) whoever in ANY way or degree obstructs, delays, or Affects Commerce or the movement of ANY Article or Commodity in Commerce, by robbery or extortion or Attempts or conspires so to do, ..."
18 § 1951 (b) (2) "The term extortion means the obtaining of property from Another
Page 68 of

Adamczyk        S.D. Federal Court of ILL.

V    (Claim IX (9)   continued

164    with his consent, induced by wrongful use
cont    of Actual or threatened force, violence, or
        fear, or UNDER color of official right."

165    All defendants use fear And some Actual or
        threatened force. All certainly wrongly use
        color of official right by IDOC STAFF that
        is Plaintiffs Are in A Fiduciary Guardian-ward
        Relationship, but IDOC And BMRCC staff, wexford
        use the Master-Slave same as convicted felons,
        wexford staff too use the wextern down least
        bare minimum of Master/servant instead of
        UTMOST medical care done Quick As possible
            to common Pain Problems of headaches, colds, flu.
        This claim extends to interference by withholding
        taking legal copy And legal filing fees by IDOC
        Staff at BMRCC, taking money from their trust
        fund, That taking of money which IDOC by
        JPAY is required to pay As Guardian, greatly
        interfers with Plaintiffs right to Commerce
        As does the delay in even paying State Pay wages
        of A slave that all Plaintiff get for the service
        of being confined at BMRCC. Is not that 2 weeks in
        The Defendants could easily Accomodate for the
        W of S, Plaintiffs, to buying goods by phone and mail
        And credit, but choose NOT TO Do it
Page
        168            Page 168 of

Adamczyk          S.D. Fed. Court of ILL.

II    Claim XX (Ten)  (As Alternative Possibility)

166    42 §1983 Allows Every Person to file for
A deprivation of rights allowed by the 1st, 4th,
5th, 7th, 8th, 9th, 10th, 11th, 13th, 14th Amendments
All defendants with or without 42 §1985 (2)(3)
by Acts of Omission or Acts of Oppression
Activitity done Use the Chattel facility
And Chattel facilities policies Do made for
Chattel possessed persons in Involuntary Servitude.
Instead of A Set Aside facilities. the Plaintiffs
Are required to have for treatment and care
And to Safely keep

Even though the Plaintiffs suffer from mental
Disabilities or an mental illness or developmental
disability. They too Are An Every Person
entitled not to have so many deprivation of rights
As the Chattel persons in IDOC

This claim is A Seventh one to talk to 4th
Amendment right to Privacy vs (C€) the Discrectionary
Cwrolled chattel person

167    The 5th Amendment right to having property vs
(Cf) the Discrectionary MAster to shave ones in
Use at BMRCC goes to inadequate Shelter.

168    Even the right to vie, ows, A regular pew that
falls under the 9th Amendment is taken away

Page 70    Drive 68 69 70 of

Adamczyk    S.D. Federal Court of ILL.

## V  Claim X (Ten)

**168**
**cont**
It is not trivial when disabilities exist to write with in the first place. Coupled with the extortion of even having to buy seperation fees in the first place

**169**
The 7th amendment right to freely be able to sue and 11th amendment right to sue the State gets wrongly hindered but can be overcome because of the ① confinement ② But worse wrongly Imprisoned incarceration that Defendants subject Plaintiffs to by NOT Paying filing fees up front, Telling Courts they are Not Prisoners, These Acts of Omission offer the proof of Deliberate Indifference from the start to violating so many other basic, vested, civil rights. It is Gross Negligence on All Defendants Parts

**170**
The State of Illinois is liable for False Imprisonment which All Claims amount to under its incarceration of Plaintiffs instead of a community like detention facility Courts of Claims mandates payment by the State in full. The Current Detention has been in a facility Designed and used for imprisonment, incarceration NOT a treatment and care set aside facility.

page 7⊘ of

Adamczyk          S.D. Federal Court of ILL.

## I  Claim X  continued, X(Ten)

171  The fact this gross negilence of A "Division"
"set Aside facility" has existed Always
for the W of S, Plaintiff(s) of the class Action
some of who were held in False Imprisonment
incarceration for Over 30+ years
Shows how the State Agency IDoc And
Wexford Health Source Inc. Are Part of
the lawsuit And deserve to bear the weight
of paying compensatory, nominal And
punitive Damages

## I  Claim XI

172  42 § 1983 And/or 18 § 1595 with exchs/ conspiracy
parts 42 § 1985(2)(3) or/And 18 § 241 with or/w/o
because All Defendants violate Plaintiff(s)
right to the ADA 42 § 12101 et. seq. education
section, employment Discrimination 42 § 12112 And
42 § 12111 Definitions AND Discrimination part
42 § 12132 And Definitions 42 § 12131.
        by hiring Practices And more.
This claim two is based off All facts that show
section 8 of the SORA is violated by Acts And
Acts of omission to a "facility set Aside" "
IDoc" And Bmeci" And Wexford policies Are for
designed for bare minimum chattel Valued persons
                page 72 of

Adamczyk          S.D. Federal Court of Ill.

    I  Claims  XI  continued
who Arbitrarly lose benefits, services, programs
of public Federal And State Public Agencies
because the punitive Chattel persons get lost.
These  9th Amendment "certain rights" excluded
 or disparged to hurt A human being especially
with disabilities to begin And the 14th
Amendment over equal rights to priviledges
Are outright denied to the Plaintiff(s) class

173 | The Fact Plaintiff(s) Are All mentally disabilities
     Court Administred as such but get A  ~~man~~
     committed Status As A Non-Employee for loss of
     privileges of it, but get state pay for their
     Chattel Warehouse Services money they bring
     into IDOC, BMRCC and used by Wexford
     is the Strongest proof of violations that Are
     repugnant, grossly negilene, And Deliberate
     indifference. This involuntary Servitude Archaic practice
        Proves a violation is occuring.
     The Department of Correction own Criminal Code
     730 ILCS 5/3-1-1   says Apply sentenced, imprisoned
     detentions ~~when~~ who A Statute says otherwise
     CANNOT occur.

174 | The fact because WDOCS, Plaintiffs, mental Disabilities
                    Page 73 of

Adamczyk            S.D. Federal Court of Ill.

## V Claims XI

174.   Not A Duly criminal conviction, the Defendants
Cont.   All Discriminate in hiring practices. It in fact
is Disparte Impact Against the Plaintiff(s) class
violating 42 § 12112(a)(b). W of s could be hired by Defends

### sub Claim XI

175   Seperate Part of Claim goes to Definition within
42 § 12131 And All Defendants Acts of omission
coupled with Section 9 of SORA that Allows
recover to continue in A total community settings
And That Section 8 of SORA MANDATES A facility
set Aside designed for recovery.

176   That facility should be As close to A complete
community Setting As possible to Affording
A person All Available, services, programs because
of their Disability, All ~~afford~~ the best treatment
Including housing designed for Romantic
intimacy stays with or without sexual relationships
with ~~a~~ new partners or old romances
This can be done much easier ~~those~~ to Accomidate
for the disabilities under ADA Than reasons not to do it.

176   Olmstead v L.C. 527 U.S. 581 (1999) lays the
Groundwork to Access multiple Federal Agencies to help.
Santiago v City of Philadelphia 435 F.Supp 136 (1977)
Part Pg 74   Notes least restrictive setting Community needs to be
pg 74 of

Adamczyk                    S.D. Federal Court of Ill.

II claims II

~~The Facts All claims based off~~

177  All the Claims Are based off the fact All
Defendants deal with the mentally handicapped
W.O.T.S, Plaintiff class action in A imprisoned
Master - Slave / Involuntary Relationship.
Instead of a Statute ~~First~~ Fiduciary ~~or~~ Relationship
of Guardian - WARD. This type of Relationship
builds the Foundation for Facility Set
Aside policies designed for Recovery

178  It Also Allows the ~~for~~ Least restrictive
treatment Facility that is the most like
A total community setting. That is the goal
of the Statute Recovery or cured in the 1st place.

179  Employee Status being A key to a total Community
setting Under ADA for the VAST Range
Of Age, disabilities of the Plaintiff class Action.

180  Other than the right to Vote for the W.O.T.S
Plaintiff (s) IOW " Bmrcc is nothing like
A Facility Set Aside designed for Recovery
but is An Archaic Involuntary Servitude facility
Such facilities Are know not to rehabilitate well
At all for even NON-Disability person.

Page 75 of

## V   Claims XII or Part of XI

180.1  To preserve this claim and emphasize that the Department of Corrections, Illinois, And Wexford Health Sore Inc. Named A Defendants And All Staff is based off 18 § 1595 civil remedy for violation of (RICO) Racketeer influenced And Corrupt Organizations Act 18 § 1861-1968

180.2  Wexford is An organized Business And I Department O.C (IDOC) Under its own 730 ILCS 5/3-2-1 + 5/3-2-2 considers itself A Organization An entity. Their Staff Are Part of the organizations. The Plaintiff claim restates the Defendants work together to wrongly Human traffic the Wards of the State (The Class of Plaintiffs) into Involuntary Servitude. The SDPA purpose was, is, Involuntary Treatment done in A NON Punitive Noncriminal Manner. Not ineffective treatment done the Involuntary Servitude.

180.3  The purpose of RICO was to stop organized groups or other groups involved in certain patterns of illicit conduct. It includes groups with organized crime elements. All defendants have in their current dealings with the Plaintiffs meet that criteria of extorting, denying things Against the W of S. They know or should A difference exist between And the convicts at BMRCC.

## V Claims XIII

130.4  USING 18§1595 for civil Remedies of the Federal criminal code And the mail Fraud Act under section 18 of Federal Law And Wire Fraud Act 18 §1343 et. seq. Against All defendants in their Official And individual capacity with 18§241 for a Claim Against the Plaintiff(s) (class of plaintiffs). Part of IDoc policies And staff use Interfer with mail on Saturday, being opened And read, requiring it to be open upon sending (unless legal mail).

130.5      Phones And tablets have Access denied to freely communicate even to Doctors And medical Advice, treatments that would be far better than Wexford or IDoc Treatment staff. These practices hurt the Plaintiffs, Are wrong Against the Plaintiffs As None Are here under the Criminal Constitutional procedure that Allows Arbitrary Discretionary loss of Rights. The 13th Amendment Allows Involuntary Servitude As punishment After A duly conviction of A current criminal Offense.

130.6      Most of the Arbitrary Discretionary policies used Against even the Convicted felons make No sense even Convicts Are citizens who Deserve A honest Healthcare And government

Page 75 2/3 of

II claims B. XIII

180.7 But for the WOES, Plaintiffs, who All
Defendants Are required to CARE And
treat with the Utmost Guardianship over
them, the wrongs of Defendants hurts them
the Plaintiffs financially, And mentally,
And potential physically to getting medical
treatment that is far better than WEXfords.

Page 75/3 of

Adamczyk                    S.D. Federal Court of Illinois

VII Discussion of facts for Relief

195 | The 13th Amendment is the most clearly
established constitutional right to
punishment After a duly criminal conviction.
The Federal Statutes are even clear to
what they mean by use of definitions

196 | The Second question is would it clear that
when contrasted with their conduct (lack
of proper Action) to a reasonable official
Staff person that the conduct would be
Unlawful, wrong, in the situation he
contrasted. Knowing No sentence was Given
or an indefinite Detention or civil
commitment not criminal trial or MANDATED
Fiduciary Relationship of
Guardian - WARDS of MASTER/slave serve
to over come Any immunity the Defendants
Claim. As does in this case Ignorance
of the law is NOT AN excuse or would
be reasonable to use it.
Any denial of this only serves to prove
it is an Unreasonable Answer to their conduct
lack of Knowledge. Their Answer putting WOTS
in the same facility but seperate cell wings,
use of the word SDP in policies news they know
SDP's, WOTS, exist.    page 81 of

Adamczyk        S.D. Federal Court of Illinois

## VII    Prayer for Relief

197  Wherefore, Plaintiff (class of Plaintiffs) respectfully prays that this Court enter Judgment granting Plaintiff:

198  A declaration that the Acts And omissions of the Defendants violated the Plaintiff (s) rights under the Laws And Constitution of the United States As described herein

199  Issue A preliminary And permanent Enjunction Against All Defendants by first moving the Plaintiff (the class of Plaintiffs) to A set-Aside facility with physical Design for housing And policies to effect proper care And treatment for A WARD of the State. Things included employment, proper shelter, clothing issued, Free Access to mail And Phone, Free Access to At Least VEDEO Treatment, Free Access to Law Library, educational methods And all Levels, medical care of the Utmost, Dietary basic needs meet by providing of Approprite times of meals, time to eat, And Access to snacks, Access to recreation of gym, outside Activities, And other gaming needs, Free Access to Commerce And to treatment specialist of A person choosing. Losing these privileges only by way of extensive reasons of Abuse toward self others.

Adamczyk   S.D. Federal court of Illinois

VII  Relief Requested continued

200  Compensatory Damages in the Amount Against each Named State Agency Allowed under Illinois Law and to Wexford corporation fully noting All Defendants jointly And severally could bare responsibility, but under Respondeat Superior the Employer is better situated to pay And recover the cost of Paying @ 450.00 per day capped at 14 years for what Amounts to false imprisonment, loss of employment.

- ~~Any~~ Nominal Damages

201 - The nominal Damage of $ 1 dollar for Constitutional violations based on official indifference of Official Acting Defendants, Their participation, And corruption of the State

202 - Punitive Damages in the Amount    Agencies And corporate
        100,000 from IDOC State Agency per
        Plaintiff (Around 158)   And
        100,000 from Wexford Health Source Inc. per Plaintiff As ways to send a message to both to Never Again Commit such things against mentally ill/Disability persons

203 - Plaintiff(s) Also seek A Jury trial on All issues triable to ~~Je~~ by Jury

204 - Plaintiff(s) Also seek recovery of their cost in this Suit which include filing, copies, Mailings, And Attorney

205 - Any Additional relief Court deems Just, proper, And equitable.

PAGE 83 of

Adamczyk    S.D. Federal Court of ILL.

VII Relief Requested continued

205 - Under Just, proper And equitable
cont. The Court After trial or Settlement using
explictly 18 § 1595 And 42 § 3626 (a)
(1)(B)(i)(ii)(iii) possibily (c)
Order After A screening of All Plaintiffs
whether Any Assisted Living type community
setting is needed for Physical or mental illness/
Disabilities issues for specific ones. MOST
can And will do well on their own if given
help by State And Federal Agencies in getting
Started.

206   This type of Relief is more than Just, And
proper given the SDPA Statute is A Civil in
Nature Statute. The SDPA Validity is Contingent
Upon the Detention NOT being breach to A
NON Punitive, NONcriminal facility place
existing for treatment purpose only. (Laws Construct)

207   The U.S. Supreme Courts NOTES SDPA type civil in
Nature Statutes can Divested of it civil Detention
Judgment purpose proving the Statute positive
Statutory scheme is Positive IN Effect.
11    The court reasoned that actual Conditions of confinement
could divest A facially Valid Statute of its civil
Prop 84   Label upon A showing by the clearest proof

Adamczyk    S.D. Federal Court of ILL.

VII Relief Requested cont.

207 cont | that the Statutory scheme is positive in effect." Seling v Young 531 U.S. 250 (2001) At 259

208 | Allen v Illinois says the same thing And This case is About the SDPA Application to A person's 5th Amendment right to incrimination

" | Where a defendant has provided clearest proof that the the Statutory Scheme is so positive either in purpose or effect it must be considered criminal..." Allen v Illinois 106 S.Ct. 2988 (1986) At 2992

209 | A 18§1595 civil remedy done for TVPA or 18§1581 or 18§1589, or 18§1590 offers ~~criv~~. clearest proof that SDPA effectively is Invalid

210 | The filing is not Just a General Board 42§1983 Claim that talks About a sentence or conviction being Invalid by prosecutorial misconduct But is About a civil detention Judgment that had nothing to do with criminal current responsibility to what was proved

211 | A Civil tort common law Federal Adjudication to Answer Federal Questions of Law is prefect for Damages And release of the Plaintiffs

Page 85 of

VII   Relief Requested

20&
Cont.

Another CASE that recognizies the SDPA civil in
nature process, recogwizies the SDPA
is A Special legislative Statute And thus :
certain errors Ma

" ... errors May be committed which will render
the proceeding void."
People v ABNEY 232 N.E. 2d 784 (1967) At 788

     This goes to errors in carrying out the
Statutory custract to the woots, Plaintiffs for
A facility set Aside

Page 85 ½ of

Adamczyk    S.D. Federal Court of ILL.

## VII Relief Requested cont.

212  One if thru the Defendants own determination
they find the SDPA effectively was made INVALID
by their Actions they can settle giving the
State Agency full chance of Asking Illinois
Supreme Court (Question of Law As it Applies)
to the SDPA and Plaintiff(S) case.

213  In fact ANY Attorney Wexford or IDOC
representing them is required so As not to
participate in the crimes the Plaintiff Alledges
is occuring to Federal Criminal CODE, but
proof only to a preponderance of the evidence
is A civil Remedy. Illinois Rules of Professional
Conduct 2010 "Rule 1.2 (d)  A lawyer shall
not counsel A client to engage, or ASSIST A
client, in conduct that a lawyer —— Knows
is criminal  (This under 18§ 1590, 1589, TVPA
would make the lawyer liable for participating
in A criminal Action too) or 18§ 1951.

214  But Rule 1.2(d)(2) Gives A lawyer A chance
to settle the issue be themselves by "or, ASSIST
A client to make A good-faith effort to
determine the Validity, scope, meaning or
Application of the Law (SDPA)

                        PAGE 86 of

Adamczyk          S.D. Federal Court of Ill.

VII · Relief requested

215    And in Illinois Attorneys in a case like this
can get the Ultimate Question of Law Validity
Address directly to the Illinois Supreme Court
under ~~that~~ Rule 381 by way of writ of
prohibition or writ of mandamus

216    First, upon a physical inspection of BMRCC
~~Anyone~~ would realize the Plantiffs are Falsely
Imprisoned, incarcerated. The Allen court said
that would be illegal which it is.
A writ of prohibition asking if the lower court
Judgment ~~was~~ ended up exceeding its Jurisdiction
or Usurping the Jurisdiction. Prohibition occurs
too because the Validity of the SDA rest upon
A civil detainee relationship NOT A mster/slave
Criminal incarceration.

217    OR A mandmus to Question if Any of the Federal
Law violation Including the 13th Amendment
Invalidate the SDA effectively ~~shows~~. it
effectively shows. Illinois Courts routinely
use MANDAMUS As the properly way to rule on
A ~~Bradley~~ State Guardian Appointment being wrong
to conditions of safe keeping.

Page 87 of

Adamczyk   S.D. Federal Court of Ill.

### XIII Relief Requested

218  Judicial economy actually works best when Applied in this case saving Any other further filings in the Federal Court And actually settlement reached by parties having a chance If the Defendants follow the Law And Rules of ~~Conduct~~ Professional conduct and Act in Good faith.

219  The Plaintiffs class is around 158 people some of it has served over ~~a life lifetime sentence~~ of 40 years falsely imprisoned in FMOC. A larger Amount of over 30 years. The Average Amount of time of False Imprisonment is 18 years with the least Amount of time being 5+ years. The Class of

220  Plaintiffs have suffered at the hands of the State Agency And Wexford INC And All their Staff for over the Course of those years Being released is Allowable because the SDPA statute itself has been made Invalid by the State in its effect

221  Damages Are allowed under ~~Illinois~~ Court of claims and the court could just order the class of Plaintiffs be moved

page 88 of

Adamczyk                S.D. Federal Court of Ill.

## VII Relief Requested

222   to A facility set Aside in IDOC designed
for residental housing And IDOC would
have to change All it policies or to
Another State Agency already equipt set-up
with rooms, Apartments, and policies
to Allow free Access of All rights.

223   But it would fall short of the equitable
relief considering the 18 years of false
imprisonment dealt with for most of
WOTS, Plaintiffs losing hope they will
ever know what Liberty is like Any more.
Having to existed in A cruel environment
(but not unusal for A criminally convicted
chattel person) for all those years.
It would far short of being proper, And Just
unless in the 18 § 1595 chain relieve came
with it.

224   The Federal Court needs to Answer All Federal
Question of how under 28 § 1331 And if
it wants Illinois Supreme Court to exhaust
it remedies to how to Answer themselves
by Asking Question of Law About SDPA Statute
And its State Agencis effectively Invalidating it
by certified Questions of Law to them.

Adamczyk    S.D. Federal Court of ILL.

## VII  Relief Requested cont.

225  Only Around 25% of Illinois State Attorney Counties have even invoked the use of the SDPA Mostly because they Know its An Arbitrary Application of Law to take Away A person from a class of mentally ill And or disability Accused persons Liberty for an indefinite Detention. The SDPA Statute has been in existence for over 84 years since 1938, been Amended over 15 times, And only used by 1/4 of the State.

226  Some of the Plaintiffs Are totally innocent of Any crime like myself, A large group would have gotten less than 5 years, others may have gotten 30 years with a criminal trial But at least they would have gotten A sentence with An Outdate And more opportunity even within IDOC Involuntary Servitude Penal system. And still could yet "Mandated Treatment As part of their sentence under Illinois Law.

227  Sangamon County State Attorneys have put over 1/5 of the Plaintiffs into IDOC even though their County is No where the biggest in Population, but it is the County with the State government that makes Laws

page 90 of

Adamczyk   S.D. Federal Court of Ill.

## VII  Relief Requested

228  Since they are the State Agency whom chouse by chose to become the Administrative persons in charge of the oversight of the most WARDS of Illinois at BMRCC, I wrote then a letter seeing if they would represent the Plaintiffs in a class Action. As of yet No response at all. I wrote this letter to my county State Attorney As well As Jefferson County who too has WOFS And is the county with BMRCC in it. No Response.

229  I filed in my committing county lawsuits Against IDOC And DES Against certain staff As well As Jefferson County. Six different Assistant Attorney Generals of Illinois failed to follow Illinois rules of Professional Conduct for Attorneys. I notified all of them of the Rule 1-2 (d).

230  Illinois criminal Appellate defenders refused to become my Attorney because the case is way to complicated for a criminal lawyer to deal with hybird type Law. They could not give it due diligence

page 91 of

Adamczyk    S.D. Federal court of ILL.

## III Relief Requested

231    An appeal decision in a District Court is being written As to the Constitutional Question over 8 of them to the validity of the Statute on its face. The Illinois Attorney General should have fought for A faster Decision noting it was Unconstitutional themselves.

232    The Article provided notes many Illinois Lawmakers fell the SDPA should be Repealed due to its Unconstitutional issues. But that has not occurred.

233    Many times for whatever reasons States hold on to Unconstitutional Statutes. Illinois is doing that with the SDPA. Federal Courts have A Strong duty to Uphold the Constitution and Federal Laws for individuals the State chooses to Abuse toward them. Illinois has failed to fight for its mentally Handicapped. The Federal Court can correct that Now by deciding to punitive punish the State Agency IDOC And Uckford for its False Imprisonment Practice for its patients who are Not to be treated As Chattel human unreleased property.

respectfully    Laury Adamczyk

Page 92 of      Lawrence Adamczyk

VERIFICATION

I, _Lawrence Achnczyk_, the undersigned, verify
and state that:

1. I am the ((Petitioner) Respondent) in the above captioned
   legal matter.

2. I have read the foregoing application and have
   knowledge of its contents;

3. Under penalties of perjury as provided by law I declare
   that the above information is true and correct. I
   understand that 28 U.S.C 1915(e)(2)(A) states that the
   court shall dismiss this case at any time if the court
   determines that my allegation of poverty is untrue. I
   certify that the statements set forth in the foregoing
   motion and this Verification are true and correct except
   as to matters therein states to be on information and
   belief and as to such matters I certify and the same to
   be true.

S: _Gary Achmczyk_

April 27, 2022

BMRCC Form Revised 2017

PAge 93 of

Part 2
13 of 13

Adamczyk J.D. Federal

Exhibit A

RECEIVED
JUN 22 2021
ADMINISTRATIVE
REVIEW BOARD

Paying it As it is part of A proceeding of recovery And/or other from the SODPA

Grievance # 14-6-21 /BMRCC      Date: 6-4-21
Grievance # 76-5-21/BMRCC              5-21-21
Grievance # 24-6-21/BMRCC             6-7-21
Grievance # 6-6-21/BMRCC             6-1-21

All went to Grievance Officer And signed off by Chief Administrative Officer

They Are From specific things but stem to the problem that NOT All Court decisions Are followed At BMRCC for the WARDS IDOC knows they Are WARDS. A lay man knows their CARE And handling Must be very different.

NO ONE personaling came to me to try And rectify the problem. The Administration At BMRCC should HAVE

All                    Please return
copies or documents  with your respect
Lawrence Adamczyk    Thank you

PAGE A of 70        page 2    M2451?  Larry Cedarczyk

RECEIVED

JUN 2 3 2021 RP

ADMINISTRATIVE
REVIEW BOARD

· A.Damczyk S.D. Fed Court of ILL

Exhibit A

Dear Administrator Review Board,

I am sending 4 diffrent Grievances based all on the fact IDOC IS breaching a Statutory required iduty They know exist As Already told by Court decisions. It is a Guardian-Ward Fiduciary legal duty.

Futher in October of 2020 I sent a Letter explaining to the Pubs coordinator for IDOC the Administration at BMRCC And the Sex offender treatment Staff Are not in a required compliance of a State law requarding the WARDS At BMRCC.

XX       In cooperation of trying to resolve issues before they go to Court X who is responsible At Springfield IDOC to Alert BMRCC Staff take multiple Court decision exist to Access to librarys Paying legal copies, legal postage, treatment and care. The WARDEN obviously At BMRCC should be up on these things.

Here Are the listed Grievances which I mailed together to Save me money (IDOC money they should be

Page B